CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RECEIVED

DEC - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert Kursar
    Plaintiff(s)

Civil Action No. 07-CV02001

vs.

Transportation Security Administration
    Defendant(s)

### AFFIDAVIT OF MAILING

I, Robert Kursar, hereby state that:

On the 6th day of November, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

William Black Jr.
FAM Service
800 Powell Ave, SW
Renton, WA 98055

I have received the receipt for the certified mail, No. 7006 2150 0001 7648 7248 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 13th day of November, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

November 21, 2007
(Date)

(Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Vicki L. Cullby_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>William Blake, Jr.<br>Federal Air Marshall Service<br>Seattle Field Office, ACT-700N<br>500 Powell Avenue, SW<br>Renton, WA 98055 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2150 0001 7648 7248 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

