CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Robert Kursar
    Plaintiff(s)

vs.

Transportation Security Administration
    Defendant(s)

Civil Action No. 07-CV02001 RBW

RECEIVED
DEC - 3 2007
WHITTINGTON, CLERK
DISTRICT COURT

## AFFIDAVIT OF MAILING

I, Robert Kursar, hereby state that:

On the 6th day of November, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S Attorney's Office For District of Columbia
555 4TH Street NW
Washington, DC 20001

I have received the receipt for the certified mail, No. 7006 2150 0001 7648 7231 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 13th day of November, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

November 21, 2007
(Date)

(Signature)

| SENDER: *COMPLETE THIS SECTION* | COMPLETE *THIS SECTION ON DELIVERY* | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *[signature]* | ☐ Agent<br>☐ Addressee |
| | B. Received by (*Printed Name*)<br>NOV 1 3 2007 | C. Date of Delivery |
| *[address redacted]* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*) | ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 2150 0001 7648 7231 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 2150 0001 7648 7231**
Status: **Delivered**

Your item was delivered at 4:52 AM on November 13, 2007 in WASHINGTON, DC 20530.

[ Additional Details > ]  [ Return to USPS.com Home > ]

**Track & Confirm**

Enter Label/Receipt Number.



[ Go > ]

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   [ Go > ]

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA