CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert Kursar
_____
  Plaintiff(s)

Civil Action No. 07-CV02001 RBW

vs.

Transportation Security Administration
_____
  Defendant(s)

## AFFIDAVIT OF MAILING

I, Robert Kursar, hereby state that:

On the 6th day of November, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Transportation Security Administration
601 South 12TH Street
Arlington, VA 22202-4220

I have received the receipt for the certified mail, No. 7006 2150 0001 7648 7217 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 9th day of November, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

December 06, 2007
_____
(Date)

_____
(Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☑ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name )<br>L Braxton | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Transportation Security Administration<br>601 South 12th Street<br>Arlington, VA 22202-4220 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[Postmark: NOV 19 2007 ANACOSTIA ANNEX, D.C. 20373-5899] | |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2150 0001 7648 7217 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0001 7648 7217**
Status: **Delivered**

Your item was delivered at 11:47 AM on November 9, 2007 in ARLINGTON, VA 22202.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright © 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Robert Kursar
    Plaintiff(s)

Civil Action No. 07-CV02001

vs.

Transportation Security Administration
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Robert Kursar, hereby state that:

On the 6th day of November, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington DC 20530

I have received the receipt for the certified mail, No. Article number removed from receipt, number unknown (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 14th day of November, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

December 06, 2007
(Date)

(Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Emmett L Parker_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>NOV 1 4 2007 |
| [redacted] | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |