**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ROBERT KURSAR**<br>#17-2345 Cranley Drive<br>Surrey, BC Canada, V4A-9G5<br><br>Plaintiff,<br><br>v.<br><br>**TRANSPORTATION SECURITY**<br>**ADMINISTRATION**<br>601 South 12th Street<br>Arlington, VA 22202-4220<br><br>and<br><br>**WILLIAM BLAKE, JR.**<br>**Federal Air Marshal Service**<br>Seattle Field Office, ACT-700N<br>500 Powell Avenue, S.W.<br>Renton, WA 98055<br><br>and<br><br>**DOES # 1-10**<br><br>Defendants. | Civil Action No. 07-2001 (RBW) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Claire M Whitaker, Assistant

U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office

        Civil Division
        555 4th Street, N.W., Room E-4204
        Washington, D.C. 20530
        (202) 514-7137

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by First-Class Mail, postage prepaid to:

ROBERT KURSAR
#17-2345 Cranley Drive
Surrey, BC Canada, V4A-9G5

on this _____ day of December, 2007.

_____/s/_____
CLAIRE WHITAKER
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137