# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KURSAR, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-2001 (RBW) |
| | ) |
| TRANSPORTATION SECURITY ADMINISTRATION, | ) |
| | ) |
| WILLIAM BLAKE, JR., | ) |
| | ) |
| and | ) |
| | ) |
| DOES # 1-10 | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO EXTEND ANSWER DUE DATE

Pursuant to Fed. R. Civ. P. 6(b)(1), defendants move for an extension of time, to and including February 1, 2008, to answer or otherwise respond to plaintiff's complaint in this Privacy Act case. Defendants' answer is presently due on January 14, 2008. Defendants' counsel has attempted unsuccessfully to contact plaintiff concerning his position on this extension. This is defendants' first extension of time in this case.

The grounds for the requested extension are as follows: After a preliminary review of the claims in this case, defendants believe that a dispositive motion would be more appropriate than an answer. A brief extension of time is requested in order for undersigned counsel primarily assigned to the case to draft a motion to dismiss, obtain supervisory review, and file the motion with the Court. Accordingly, an extension of time, to and including February 1, 2008.

WHEREFORE, it is respectfully requested that the time for filing defendants'

answer or other response to plaintiff's complaint be extended to and including February 1, 2008.

A proposed order is attached.

                                                Respectfully submitted,

                                                /s/
                                              JEFFREY A. TAYLOR , D.C. Bar # 498610
                                              United States Attorney

                                                /s/
                                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                                              Assistant United States Attorney

                                                /s/
                                              CLAIRE WHITAKER, D.C. Bar # 354530
                                              Assistant United States Attorney
                                              United States Attorneys Office
                                              Civil Division
                                              555 4th Street, N.W., Room E-4204
                                              Washington, D.C. 20530
                                              (202) 514-7137

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served by First-Class Mail, postage prepaid to:

>ROBERT KURSAR
>#17-2345 Cranley Drive
>Surrey, BC Canada, V4A-9G5

on this 11th day of January, 2008.

        _____/s/_____
        CLAIRE WHITAKER
        Assistant United States Attorney
        United States Attorneys Office
        Civil Division
        555 4th Street, N.W., Room E-4204
        Washington, D.C. 20530
        (202) 514-7137

...

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT KURSAR,**<br>     Plaintiff,<br><br>v.<br><br>**TRANSPORTATION SECURITY ADMINISTRATION,**<br><br>and<br><br>**WILLIAM BLAKE, JR.,**<br><br>and<br><br>**DOES # 1-10**<br><br>     Defendants. | Civil Action No. 07-2001 (RBW) |

**ORDER**

Upon consideration of defendant's consent motion to extend time, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that said motion is granted. The time for filing defendant's answer or other response to plaintiff's Complaint is extended to and including February 1, 2008.

                _____
                UNITED STATES DISTRICT JUDGE

Copies to:

Robert Kursar, *pro se*
#17-2345 Cranley Drive
Surrey BC V4A-9G5
Canada

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W.  E-4204
Washington, D.C. 20530