## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|                                          |   |                                  |
|------------------------------------------|---|----------------------------------|
| ROBERT KURSAR                            | * |                                  |
|                                          | * |                                  |
|     Plaintiff,       | * |                                  |
|                                          | * | Civil Action No. 07-2001 (RBW)   |
|       v.   | * |                                  |
|                                          | * |                                  |
| THE HONORABLE MICHAEL CHERTOFF           | * |                                  |
| et al.                                   | * |                                  |
|                                          | * |                                  |
|     Defendants.      | * |                                  |
|                                          | * |                                  |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PLAINTIFF'S CONSENTED-TO MOTION FOR
### EXTENSION OF TIME TO SUBMIT OPPOSITION BRIEF

NOW COMES the plaintiff to respectfully move the Court for an extension of time to on or before March 17, 2008, in which to submit plaintiff's Opposition to defendants' Motion to Dismiss, which was filed on February 1, 2008.

In light of the factual and legal arguments set forth by the defendants, as well as the fact that plaintiff is presently litigating this case *pro se* and is currently still attempting to secure counsel, the drafting of an opposition brief has taken considerable time and effort. Furthermore, plaintiff has become aware of the fact that mail sent between Washington, D.C. and British Columbia, Canada takes at least three or four business days – evidenced by the fact that plaintiff did not receive defendants' Motion to Dismiss until February 6, 2008. Given the situation, plaintiff seeks this first extension.

Plaintiff discussed this request with defendants' counsel who graciously consented. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this motion.

# RECEIVED

FEB 1 1 2008



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date: February 8, 2008

Respectfully submitted,

Robert Kursar (*pro se*)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion and proposed order have been

served by First-Class Mail, postage prepaid to:

CLAIRE WHITAKER
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530


on this 1st day of February, 2008


ROBERT KURSAR
#17-2345 Cranley Drive
Surrey, B.C., Canada
V4A 9G5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                              |     |                                    |
|----------------------------------------------|-----|------------------------------------|
| ROBERT KURSAR                                | *   |                                    |
|                                              | *   |                                    |
|     Plaintiff,           | *   |                                    |
|                                              | *   | Civil Action No. 07-2001 (RBW)     |
|       v.       | *   |                                    |
|                                              | *   |                                    |
| THE HONORABLE MICHAEL CHERTOFF               | *   |                                    |
| et al.                                       | *   |                                    |
|                                              | *   |                                    |
|     Defendants.          | *   |                                    |
|                                              | *   |                                    |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Plaintiff's Consented-To Motion for an Extension of Time in Which to Submit Opposition Brief, and the entire record herein, it is this ____ day of February 2008, hereby

ORDERED, that plaintiff's Motion is granted; and further

ORDERED, that plaintiff's Opposition is due on or before March 17, 2008; and further;

ORDERED, that defendant's reply is due on or before _____.

_____
UNITED STATES DISTRICT JUDGE