UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KURSAR,<br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE HONORABLE MICHAEL CHERTOFF<br>Secretary, Department of Homeland Security,<br>et al.<br><br>　　　　　　　　Defendants. | Civil Action No. 07-2001 (RBW) |

### MOTION TO EXTEND TIME

Pursuant to Fed. R. Civ. P. 6(b)(2), defendant moves this Court for an extension of time, to and including April 9, 2008, to file a reply to Plaintiff's opposition to Defendant's motion to dismiss this case. Defendant's counsel has attempted unsuccessfully to contact Plaintiff to determine whether he will oppose this motion. The reasons for this request are as follows:

On February 1, 2008, defendant Michael Chertoff, Secretary, Department of Homeland Security, and the proper party in this case, filed a motion to dismiss Plaintiff's complaint on jurisdictional grounds. Plaintiff, a former Federal Air Marshal with the U.S. Department of Homeland Security, Transportation Security Administration ("TSA"), challenges his termination during his probationary period under the Constitution, the Administrative Procedure Act and the Privacy Act. He has raised the underlying termination claim in the Merit Systems Protection Board and before the U.S. Court of Appeals for the Federal Circuit. Indeed, he has been litigating against the TSA for several years. On March 17, 2008, Plaintiff filed his opposition to Defendant's motion to dismiss. Plaintiff's opposition is 38 pages long with 10 attachments. Because of the size of the filing and the numerous issues raised, Defendant needs additional time

to respond. Moreover, in his opposition, Plaintiff clarified his Fifth Amendment claims which were not delineated in his complaint. He also appears now to mischaracterize the exhaustion requirements under the Privacy Act. Accordingly, in order to make the record as clear as possible, Defendant requests an extension of time to and including April 9, 2008. A proposed order is attached.

                                      Respectfully submitted,

                                      /s/
                                  JEFFREY A. TAYLOR , D.C. Bar # 498610
                                  United States Attorney

                                      /s/
                                  RUDOLPH CONTRERAS, D.C. Bar # 434122
                                  Assistant United States Attorney

                                      /s/
                                  CLAIRE WHITAKER, D.C. Bar # 354530
                                  Assistant United States Attorney
                                  United States Attorneys Office
                                  Civil Division
                                  555 4th Street, N.W., Room E-4204
                                  Washington, D.C. 20530
                                  (202) 514-7137

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served by First-Class Mail, postage prepaid to:

>ROBERT KURSAR, *pro se*
>#17-2345 Cranley Drive
>Surrey, BC Canada, V4A-9G5

on this 3rd day of April, 2008.

                                          _____/s/_____
                                          CLAIRE WHITAKER
                                          Assistant United States Attorney
                                          United States Attorneys Office
                                          Civil Division
                                          555 4th Street, N.W., Room E-4204
                                          Washington, D.C. 20530
                                          (202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT KURSAR,** )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>**THE HONORABLE MICHAEL CHERTOFF** )<br>Secretary, Department of Homeland Security, )<br><u>et</u> <u>al</u>. )<br> )<br>   Defendants. )<br> ) | Civil Action No. 07-2001 (RBW) |

## ORDER

Upon consideration of defendants' motion to extend time, and for good cause shown, it is this _____ day of _____, 2008,

ORDERED, that said motion is granted. The time for filing the defendants' reply to plaintiff's opposition to defendant's motion to dismiss is extended to and including April 9, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Robert Kursar, *pro se*
#17-2345 Cranley Drive
Surrey BC V4A-9G5
Canada

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W.  E-4204
Washington, D.C. 20530